■ COLUMBIA BANKING FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v BRETT K. LURIE, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), entered on July 16, 1991, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Kupferman, Ross, Smith and Rubin, JJ.